IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| ANGEL GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-00170-DGW |
| | ) | |
| DR. FEINERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR AN EXTENSION OF TIME

COMES NOW the Defendant, ANGEL GONZALEZ, by and through his attorney, Matthew J. Daher, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time, up to and including June 29, 2012, in which to file his Response to Defendant, Dr. M. Fahim's, Motion for Summary Judgment. In support of this motion, Plaintiff states as follows:

1. Plaintiff was unable to coordinate a date and time to speak with the undersigned until May of 2012.

2. Despite his best efforts, the undersigned is in need of additional time to review the facts surrounding Plaintiff's case, and also to obtain the necessary paperwork needed to respond to Dr. Fahim's Motion for Summary Judgment.

3. Plaintiff requests an extension of time, up to and including June 29, 2012, in which to respond to Defendant, Dr. M. Fahim's, Motion for Summary Judgment.

4. This motion is not made for purposes of undue delay, but is made in good faith for the purpose of preparing an adequate response and will not prejudice the Defendant, Dr. M. Fahim.

1

WHEREFORE, for the above and foregoing reasons, Plaintiff respectfully requests this Honorable Court grant his Motion for an Extension of Time, up to and including June 29, 2012, to file a Response to Defendant, Dr. M. Fahim's, Motion for Summary Judgment. Plaintiff further respectfully requests that this Court remove the Evidentiary Hearing currently scheduled on the May 31, 2012, docket to a date further out in the future.

Respectfully submitted,

Brown & Brown, LLP

/s/  Matthew J. Daher
Counsel for Plaintiff
ANGEL GONZALEZ

Matthew J. Daher – #62598 (MO)
Brown & Brown, LLP
One Memorial Drive
11th Floor
Saint Louis, Missouri  63102
(314) 333-3333
(314) 231-0442 *facsimile*
MDaher@brownlawoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:11-cv-00170-DGW |
| | ) |
| DR. FEINERMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I electronically filed my **Motion for an Extension of Time** with the Clerk of the Court using the CM/ECF system, which will send notification of the same to the following:

Melissa A. Jennings, Esq.  
mjennings@atg.state.il.us

Timothy P. Dugan, Esq.  
tdugan@sandbergphoenix.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the described document to the following non-registered participant:

Angel Gonzalez, #K81302  
Menard Correctional Center  
711 Kaskaskia Street  
P.O. Box 1000  
Menard, IL  62259

    Respectfully submitted,

/s/ Matthew J. Daher  
Matthew J. Daher, #62598 (MO)  
Attorney for Plaintiff, ANGEL GONZALEZ  
BROWN & BROWN, LLP  
One Memorial Drive  
11th Floor  
Saint Louis, Missouri  63102  
(314) 333-3333  
(314) 231-0442 *facsimile*  
MDaher@brownlawoffice.com