IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. FEINERMAN and JEFF KORTE, )<br>)<br>Defendants. ) | Case No. 3:11-cv-170-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Continuance filed by Plaintiff, Angel Gonzalez, in November 30, 2016 (Doc. 196). The Motion is **GRANTED**; however, no further extensions will be granted.

On March 17, 2016, Plaintiff (through counsel who has since withdrawn at Plaintiff's request) informed the Court that this matter had settled. A 60-day order was issued informing the parties that this matter would be dismissed in 60 days unless the parties took some action. That deadline was extended 3 times, the new deadline being December 2, 2016. Plaintiff, who is now proceeding *pro se*, seeks an additional 60 days to finalize the settlement agreement. The additional time is required for Plaintiff to acquire new counsel. The Motion is **GRANTED** as to the requested extension of time: the new deadline is now **February 2, 2017**. This matter will be dismissed with prejudice and without costs unless the parties indicate to the Court that a settlement has not been achieved. If the parties inform the Court that no settlement has been reached, this matter will proceed directly to trial.

Plaintiff is further informed that in light of his request that appointed counsel withdraw, it is highly unlikely that new counsel will be appointed to represent him at trial. That is, Plaintiff

will be representing himself at the Final Pretrial Conference and at trial unless he can secure counsel without Court assistance.

**DATED: December 1, 2016**

*[signature: Donald Wilkerson]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**